UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO GENAO,

                Plaintiff,

v.

CITY OF NEW YORK; CAPTAIN SMITH; CAPTAIN ANDERSON; WARDEN WALKER; ADJUDICATION CAPTAIN; OSIU CHIEF JOHN DOE; CORRECTION OFFICER SMART; ESH DEPUTY OF SECURITY RENÉ,

                Defendants.

**ORDER**

20 Civ. 8721 (ER)

RAMOS, D.J.

        On October 16, 2020, Gabino Genao brought this action, *pro se,* pursuant to 42 U.S.C. § 1983, alleging that the City of New York (the "City") and several correction officers violated his constitutional rights with their handling of a disciplinary infraction while he was incarcerated on Rikers Island.  Doc. 2.  Plaintiff's Complaint was brought against several named Department of Corrections officers and two John or Jane Doe defendants.  *Id.*  On December 15, 2020, the Court ordered the City to ascertain the identities and badge numbers of the Jane or John Doe defendants and their addresses for service, and to provide this information to Plaintiff and the Court within sixty days, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 26 (2d Cir. 1996).  Doc. 8.  The Court's *Valentin* order further directed Plaintiff to file an amended complaint naming the newly identified defendants within thirty days.  *Id.*  On February 15, 2021, the City timely responded and provided the identities of the Adjudication Captain and the OSIU Chief to Plaintiff and the Court.  Doc. 14.

        To date, Plaintiff has not filed an amended complaint naming Adjudication Captain Kelecia Phillips and OSIU Chief ADW Lilwania Glover, nor has he effected service on them.

Plaintiff is directed to do so by August 23, 2021.  Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute under Rule 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff:

>Gabino Genao, NYSID No. 04570951M, B&C No. 1131700734
>North Infirmary Command, 15-00 Hazen Street
>E. Elmhurst, New York 11370.

It is SO ORDERED.

Dated: July 22, 2021
      New York, New York

                                                  Edgardo Ramos, U.S.D.J.