UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

GABINO GENAO,

                                    Plaintiff,    **ORDER TO PRODUCE INMATE FOR DEPOSITION**

-against-

                                                          20-CV-08721 (ER)

CITY OF NEW YORK, ADJUDICATION CAPTAIN PHILLIPS, CAPTAIN OMAR SMITH, CO ANDREW SMART-CHARLES, CAPTAIN MAKEDA ANDERSON, CAPTAIN SHARLISA WALKER, WARDEN JEAN RENE, CHIEF KENNETH STUKES,

                                    Defendants.
------------------------------------------------------------------------ x

**HONORABLE EDGARDO RAMOS**
**UNITED STATES DISTRICT JUDGE:**

       Upon the application of Defendants for leave to take the deposition of Plaintiff Gabino Genao, an inmate within Attica Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

       **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Attica Correctional Facility produce inmate Gabino Genao, DIN No. 22-B-1480, at a location within the facility for the taking of his deposition by video teleconference on **November 16, 2022, commencing at 10:30 a.m.**, and for so long thereafter as the deposition continues, and that Plaintiff appear in such place as designated by the Superintendent or other official in charge of Attica Correctional Facility, so that his deposition may be taken.

Dated: November 10, 2022
        **New York, New York**

                                                SO ORDERED.

                                                **HON. EDGARDO RAMOS**
                                                **UNITED STATES DISTRICT JUDGE**