UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABINO GENAO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>CITY OF NEW YORK, et al.<br><br>　　　　　　　　　　Defendants. | **ORDER**<br><br>20-cv-8721 (ER) |

Ramos, D.J.:

　　Discovery is currently stayed, as Genao has been unable to participate in discovery due to his medical conditions since at least June 2023.  On January 31, 2024, the parties submitted a joint status update indicating that Genao's health conditions continue to prevent him from being able to sit for a deposition or otherwise provide discovery.  Doc. 135.

　　Accordingly, the Court hereby stays the case.  The parties are directed to file a joint status report when Genao's medical conditions resolve and the parties are able to resume discovery.

　　It is SO ORDERED.

Dated:　January 31, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.