UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

GABINO GENAO,

|                                  | Plaintiff, | **ORDER TO PRODUCE INMATE FOR DEPOSITION** |

                        -against-

                                                                                    20 Civ. 08721 (ER)

CITY OF NEW YORK, ADJUDICATION
CAPTAIN PHILLIPS, CAPTAIN OMAR SMITH,
CO ANDREW SMART-CHARLES, CAPTAIN
MAKEDA ANDERSON, CAPTAIN SHARLISA
WALKER, WARDEN JEAN RENE, CHIEF
KENNETH STUKES,

                                                                    Defendants.
----------------------------------------------------------------------- x

**HONORABLE EDGARDO RAMOS**
**UNITED STATES DISTRICT JUDGE:**

Upon the application of Defendants for leave to take the deposition of Plaintiff Gabino Genao, an inmate within Green Haven Correctional Facility, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

**IT IS HEREBY ORDERED** that the Superintendent or other official in charge of Green Haven Correctional Facility produce inmate Gabino Genao, DIN No. 22-B-1480, at a location within the facility for the taking of his deposition by video teleconference on **September 15, 2025, commencing at 10 a.m.** and on **September 17, 2025 commencing at 10 a.m.**, and for so long thereafter as the deposition continues, and that Plaintiff appear in such place as designated by the Superintendent or other official in charge of Green Haven Correctional Facility, so that his deposition may be taken.

- 2 -

**Dated:** September 10, 2025
　　　　 **New York, New York**

　　　　　　　　　　　　　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　**HON. EDGARDO RAMOS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

- 2 -