

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**INNA SHAPOVALOVA**
*Senior Counsel*
Phone: (212) 356-2656
Fax: (212) 356-3509
Email: inshapov@law.nyc.gov

**MEMO ENDORSED**

November 13, 2025

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Gabino Genao v. City of New York et al.,
20 Civ. 08721 (ER)

Your Honor:

> The case management conference is adjourned to December 2, 2025, at 11 a.m. The parities are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 11/18/2025
> New York, New York

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for the City of New York, Captain Omar Smith, Captain Makeda Anderson, Warden Jean Rene, Captain Kelecia Phillips, Warden Sharlisa Walker, Chief Kenneth Stukes, and CO Andrew Smart-Charles (hereinafter "defendants") in the above-referenced matter. The undersigned respectfully writes to request an adjournment of the status conference currently scheduled for November 19, 2025 at 10:00 a.m. This is the first request of this kind and the undersigned was unable to contact plaintiff for his consent due to his current incarceration status.

As the Court is aware, on September 29, 2025, Your Honor scheduled a case management conference to be held on November 19, 2025 at 10:00 a.m. See ECF No. 149. In order to ensure that plaintiff Gabino Genao, who is proceeding *pro se* and is currently incarcerated in the Green Haven Correctional Facility, will be available to participate in the conference, the undersigned contacted the Green Haven Correctional Facility, informed them of the Court's Order scheduling the conference, and requested that plaintiff be produced to participate in the November 19, 2025 telephonic conference at 10:00 a.m. However, the undersigned was informed that a 10 a.m. slot is unavailable for that date and that plaintiff can be produced for 11 a.m. on November 19, 2025 instead.

According, the undersigned respectfully requests that the Court adjourn the conference currently scheduled for November 19, 2025 at 10:00 a.m. either to 11 a.m. on the same date or to a date and time convenient for the Court after November 28, 2025.

Thank you for your consideration herein.

                                                  Respectfully submitted,

/s/ *Inna Shapovalova*

Inna Shapovalova
*Senior Counsel*
Special Federal Litigation Division

cc:    **BY FIRST-CLASS MAIL**
Gabino Genao
*Plaintiff Pro Se*
DIN No.: 22B1480
Green Haven Correctional Facility
594 Route 216
Stormville, New York 12582-0010